# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| DARYL DEATON and KRISTI PATTERSON, individually and as Personal Representatives of the Estate of WALTER DEAN, ) ) ) ) ) Plaintiffs, ) vs. ) ) UNITED STATES STEEL ) CORPORATION, et al., ) ) Defendants. ) | Case No.: 2:19-cv-00204-RMG **STIPULATION OF VOLUNTARY DISMISSAL OF EXXON MOBIL CORPORATION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

     IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant Exxon Mobil Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This 7th day of May 2019.

| | |
|---|---|
| */s/ Timothy A. Burke* | */s/ Joseph L. Nelson* |
| Timothy A. Burke, Esq. (S.C. Bar No. 102590) | Joseph L. Nelson, Esq. |
| tburke@lockslaw.com | jnelson@dmclaw.com |
| Andrew J. DuPont, Esq. | D.S.C. No. 11608 |
| adupont@lockslaw.com | DICKIE, McCAMEY & CHILCOTE, P.C. |
| *Admitted Pro Hac Vice* | 2101 Rexford Road, Ste. 250E |
| LOCKS LAW FIRM | Charlotte, NC 28211 |
| 601 Walnut Street, Suite 720 E | Telephone: (704) 998-5184 |
| Philadelphia, PA 19106 | |
| Telephone: (215) 893-0100 | Christopher D. Stofko, Esq. |
| | cstofko@dmclaw.com |
| | *Admitted Pro Hac Vice* |
| Mark Philip Doby, Esq. | Vaughn K Schultz, Esq. |
| mdoby@wallacegraham.com | vschultz@dmclaw.com |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| Wallace and Graham PA | DICKIE, McCAMEY & CHILCOTE, P.C. |
| 525 North Main Street | Two PPG Place, Suite 400 |
| Salisbury, NC 28144 | Pittsburgh, PA 15222 |
| Telephone: (704) 633-5244 | Telephone: (412) 281-7272 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Exxon Mobil Corporation* |

*/s/ Jennifer A. Jordan*  
Jennifer A. Jordan, Esq.  
Federal Bar No. 6139  
Jenny.jordan@nelsonmullins.com  
151 Meeting Street / Sixth Floor  
Post Office Box 1806 (29402-1806)  
Charleston, SC 29401-2239  
(843) 853-5200  

John S. Slosson  
Federal Bar No. 7862  
Jack.slosson@nelsonmullins.com  
301 South College Street / 23rd Floor  
Charlotte, NC 28202-6041  
(704) 417-3000  

*Counsel for Radiator Specialty Company*

*/s/ Jonathan E. Schulz*  
Jonathan E. Schulz (S.C. Bar No. 79850)  
jschulz@bradley.com  
BRADLEY ARANT BOULT CUMMINGS LLP  
Hearst Tower  
214 North Tryon Street, Suite 3700  
Charlotte, NC  28202  
Telephone: (704) 338-6059  

Matt C. Cairone, Esq.  
mcc@caironelawfirm.com  
*Admitted Pro Hac Vice*  
The Cairone Law Firm PLLC  
PMB 58 1900 Main Street  
Suite 107  
Canonsburg, PA 15317-5861  
Telephone: (724) 416-3261  

Tim D. Gray, Esq.  
Tim.Gray@formanwatkins.com  
*Admitted Pro Hac Vice*  
Forman Watkins and Krutz LLP  
201 St Charles Avenue  
Suite 2100  
New Orleans, LA 70170  
Telephone (504) 799-4386  

*Counsel for United States Steel Corporation*

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this day, May 7, 2019, I filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL OF EXXON MOBIL CORPORATION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** with the Court using the CM/ECF system, which will serve all counsel of record.

              */s/ Joseph L. Nelson*
              Joseph L. Nelson, Esq.

              *Counsel for Exxon Mobil Corporation*

3